UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARL PETRICH,

          Plaintiff,

v.           Case No. 2:08-cv-13527
         HON. PATRICK J. DUGGAN

CITY OF FLINT,

          Defendant.

| | |
|---|---|
| **KELLY A. KRUSE (P45538)**<br>**LEONARD KRUSE, P.C.**<br>**Attorney for Plaintiff**<br>4190 Telegraph Rd., Ste. 3500<br>Bloomfield Hills, MI 48302<br>(248) 594-7500<br>kkruse@leonardkruse.com | **TRACHELLE C. YOUNG (P63330)**<br>**CHIEF LEGAL OFFICER**<br>BY:   DANIEL KLEMPTNER (P68691)<br>        ASSISTANT CITY ATTORNEY<br>**Attorneys for Defendant**<br>1101 S. Saginaw Street, 3rd Floor<br>Flint, MI 48502<br>(810) 766-7146<br>dklemptner@cityofflint.com |

## STIPULATION AND ORDER

The Parties, Plaintiff, Karl Petrich and Defendant, City of Flint, by and through their attorneys hereby stipulate as follows:

1)    That this is a companion to case number 2:08-cv-13526, Keith Speer v. City of Flint ("Speer"); the former being reassigned pursuant to LR 83.11, from the Honorable Robert H. Cleland to the Honorable Patrick J. Duggan.

2)    That according to a recently entered Order of the Court, case number 2:08-cv-13707, Lee Gaspar, *et. al.* v. David Dicks, *et. al.* ("Gaspar"), has been reassigned pursuant to LR 83.11 from the Honorable Gerald E. Rosen to the Honorable Patrick J. Duggan.

3)    That the parties in the Gaspar case will be before this Honorable Court on November 18, 2008 at 2:00 p.m. for their first Scheduling Conference.

4)    That based on the Court's reassignment of this action, the similarities and in the interest of most efficiently using resources for discovery purposes, the parties to the instant case seek to have all deadlines extended in such a fashion so that they run concurrently with those dates determined in the upcoming Gaspar Scheduling Conference.

5) It is further ordered that the deposition of Chief David Dicks, which had been duly noticed by Plaintiffs Speer and Petrich to take place on November 13, 2008, may be adjourned to a date and time agreed upon by counsel. Plaintiff Petrich shall not be precluded from taking the previously noticed deposition of Chief David Dicks if the November 13, 2008 deposition is adjourned at the request of the Defendant.

Dated: November 10, 2008

s/Daniel Klemptner
TRACHELLE C. YOUNG (P63330)
Chief Legal Officer
By: Daniel Klemptner (P68691)
Attorney for City of Flint
dklemptner@cityofflint.com
810-766-7146
[P68691]

Dated: November 10, 2008

s/ with consent
Norbert B. Leonard (P40056)
LEONARD KRUSE, P.C.
Attorney for Plaintiff
4190 Telegraph Rd., Ste. 3500
Bloomfield Hills, MI 48302
kkruse@leonardkruse.com
(248) 594-7500
[40056]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARL PETRICH,

                Plaintiff,

v.                                 Case No. 2:08-cv-13527
                                      HON. PATRICK J. DUGGAN

CITY OF FLINT,

                Defendant.

| KELLY A. KRUSE (P45538) | TRACHELLE C. YOUNG (P63330) |
|---|---|
| **LEONARD KRUSE, P.C.** | **CHIEF LEGAL OFFICER** |
| **Attorney for Plaintiff** | **BY:**   DANIEL KLEMPTNER (P68691) |
| 4190 Telegraph Rd., Ste. 3500 |         ASSISTANT CITY ATTORNEY |
| Bloomfield Hills, MI 48302 | **Attorneys for Defendant** |
| (248) 594-7500 | 1101 S. Saginaw Street, 3rd Floor |
| kkruse@leonardkruse.com | Flint, MI 48502 |
| | (810) 766-7146 |
| | dklemptner@cityofflint.com |

## **ORDER**

This cause having come before the Court, the Court hereby enters the following Order to control the progress of this case:

1) That this is a companion to case number 2:08-cv-13526, Keith Speer v. City of Flint ("Speer"); the former being reassigned pursuant to LR 83.11, from the Honorable Robert H. Cleland to the Honorable Patrick J. Duggan.

2) That according to a recently entered Order of the Court, case number 2:08-cv-13707, Lee Gaspar, *et. al.* v. David Dicks, *et. al.* ("Gaspar"), has been reassigned pursuant to LR 83.11 from the Honorable Gerald E. Rosen to the Honorable Patrick J. Duggan.

3) That the parties in the Gaspar case will be before this Honorable Court on November 18, 2008 at 2:00 p.m. for their first Scheduling Conference.

4) That based on the Court's reassignment of this action, the similarities and in the interest of most efficiently using resources for discovery purposes, the parties to the instant case seek to have all deadlines extended in such a fashion so that they run concurrently with those dates determined in the upcoming Gaspar Scheduling Conference.

5) It is further ordered that the deposition of Chief David Dicks, which had been duly noticed by Plaintiffs Speer and Petrich to take place on November 13, 2008, may be adjourned to a date and time agreed upon by counsel. Plaintiff Petrich shall not be precluded from taking the previously noticed deposition of Chief David Dicks if the November 13, 2008 deposition is adjourned at the request of the Defendant.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 10, 2008November 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 10, 2008November 10, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager